UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 12-CV-80544 MIDDLEBROOKS/BRANNON

JUAN PABLO MIRO, CATLIN URSU,
DANIEL WRIGHT, and NATHAN
BELOVITCH, on behalf of themselves,
and all other similarly situated,

      Plaintiffs,

vs.

PHILIPPE CHOW BOCA, LLC, a
Florida Limited Liability Corp.,
CLINTON STOWE, individually, and
STRATIS MORFOGEN, indidually,

      Defendants.

_____/

NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiffs, on their own behalf and on behalf of those similarly situated, through

undersigned counsel, and pursuant to this Court's Order [DE 14] file their First Amended

Complaint which is attached hereto as Exhibit "A".

Respectfully Submitted July 17, 2012.

       __/s Lowell J. Kuvin___
       Lowell J. Kuvin
       Fla. Bar No.:53072
       lowell@kuvinlaw.com
       Law Office of Lowell J. Kuvin
       17 East Flagler St. Suite 223
       Miami Florida 33131
       Tele:   305.358.6800
       Fax:    305.358.6808
       *Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List<br>
CASE NO: 12-CV-80544 MIDDLEBROOKS/BRANNON

Anthony Accetta, Esquire
Florida Bar No: 148318
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 2930
Miami, FL 33131
Telephone: (305) 579-0100
Facsimile: (305) 579-0104
Email: law@anthonyaccetta.com
*Attorney for Defendants*