# EXHIBIT A

First Amended Complaint